UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | CV 19-04911-AB (JPRx) | Date: | September 12, 2019 |
|---|---|---|---|

| Title: | OneLegacy v. City of Monterey Park et al. |
|---|---|

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** [In Chambers] Order Remanding Plaintiff's State Law Claims

On June 5, 2019, Defendants filed a Notice of Removal from the Superior Court, County of Los Angeles. On August 12, 2019, the Court issued its order granting Defendants' Motion to Dismiss. In its Order, the Court declined to exercise supplemental jurisdiction over Plaintiff's state law claims. Accordingly, the Court **remands** the action to the Superior Court, County of Los Angeles for further proceedings.

**IT IS SO ORDERED.**